02-11-405, 407-412, 414-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00405-CV

 

 


 
 
 Willie Lavan
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

AND

 

NO. 02-11-00407-CV

 

 


 
 
 Leroy Ross
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

AND

 

NO. 02-11-00408-CV

 

 


 
 
 Floyd Townsend
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE 
 
 


 

AND

 

NO. 02-11-00409-CV

 

 


 
 
 Gilbert McNeil
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE 
 
 


 

AND

 

NO. 02-11-00410-CV

 

 


 
 
 Charles King
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE 
 
 


 

AND

 

NO. 02-11-00411-CV

 

 


 
 
 Thomas Jackson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

AND

 

NO. 02-11-00412-CV

 

 


 
 
 Ted Flemings
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

AND

 

NO. 02-11-00414-CV

 

 


 
 
 Charles Booker
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Burlington Northern and Santa Fe Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On
the court=s own motion, the above causes are
hereby consolidated in this court.  Each cause shall continue to bear its
respective case number.

          On
January 13, 2012, we notified appellants that the trial court clerk responsible
for preparing the record in the above appeals informed the court that payment
arrangements had not been made to pay for the clerk’s record as required by
Texas Rule of Appellate Procedure 35.3(a)(2).  See Tex. R. App. P.
35.3(a)(2).  We stated that we would dismiss these appeals for want of
prosecution unless appellants made arrangements to pay for the clerk’s record
and provided this court with proof of payment.

          Because
appellants have not made payment arrangements for the
clerk’s record, it is the opinion of the court that these appeals should be
dismissed for want of prosecution.  Accordingly, we dismiss these appeals.  See
Tex. R. App. P. 37.3(b), 42.3(b).

Appellants
shall pay all costs of the appeals, for which let execution issue.

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED: 
February 23, 2012









[1]See Tex. R. App. P. 47.4.